UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DANIEL HERNANDEZ PEREZ,

     Defendant.

_____/

Hon. Phillip J. Green

Case No. 1:16-mj-228

**<u>ORDER</u>**

Defendant appeared before me on September 13, 2016, with appointed counsel for a

detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of

his rights, including those attendant to a detention hearing, defendant waived his right to the hearing.

I find that his waiver was knowingly and voluntarily entered.

     Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney

General pending trial.

     DONE AND ORDERED this 13th day of September, 2016.


                                     /s/ Phillip J. Green
                                PHILLIP J. GREEN
                                United States Magistrate Judge